Law Office of Justin G. Randolph
53 W. Jackson Blvd, Suite 1234
Chicago, IL 60604

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Saul Castaneda, | ) Case No.: |
| Plaintiff, | ) |
| vs. | ) |
| Chicago Board of Education, | ) |
| | ) Jury Demanded |
| Defendant. | ) |

**NATURE OF THE ACTION**

This is an action under the Americans With Disabilities Act ("ADA") 42 U.S.C. §§ 12101, et seq., as amended, to correct unlawful employment practices on the basis of disability and to make whole Saul Castaneda. Defendant discharged Mr. Castaneda, a qualified individual with a disability from his position because of his disability.

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331.
2. Venue is proper as the employment practices alleged to be unlawful were and are now being committed in this District.
3. Plaintiff has fully complied with the procedural requirements of the ADA. He filed a charge of discrimination with the EEOC, received a

Complaint of Discrimination - 1

right-to-sue letter from the EEOC, and is filing this lawsuit within 90 days of receipt of the right-to-sue letter.

**PARTIES**

4. Plaintiff, Saul Castaneda, was an employee of the Defendant, Chicago Board of Education.

5. At all relevant times, Defendant, Chicago Board of Education, has been and is now doing business in Chicago, IL, and has continuously had and does now have at least 25 employees.

6. At all relevant times, Defendant, Chicago Board of Education, has continuously been engaged in an industry affecting commerce within the meaning of the ADA.

7. At all relevant times, Defendant, Chicago Board of Education, has been a covered entity under the ADA.

**STATEMENT OF CLAIMS**

8. More than 60 days before the institution of this lawsuit, Mr. Castaneda filed a Charge with the EEOC alleging violations of the ADA by Defendant Chicago Board of Education. Mr. Castaneda received his "right-to-sue" letter on August 9, 2016 and all conditions precedent to the institution of this lawsuit have been fulfilled.

9. Since 2014, Defendants have engaged in unlawful employment practices in violation of the ADA at Hanson Park Elementary school in Chicago, IL. These practices include but are not limited to Defendants' failure to engage in the interactive process after they were aware, or should have been aware, of Mr. Castaneda's disability; their failure to reasonably accommodate Mr. Castaneda; Defendant's suspension without pay of Mr.

Castaneda in May of 2015; Defendant's discharge of Mr. Castaneda on or about June 26, 2015, a qualified individual with a disability, who was able to perform the essential functions of his position with or without reasonable accommodation, because of his disability; and Defendant's placement of Mr. Castaneda on the "do not hire" list, based on his disability and on the need to make reasonable accommodation to Mr. Castaneda's possible future medical impairments.

10. The effect of the practices has been to deprive Mr. Castaneda of equal employment opportunities and otherwise adversely affect Mr. Castaneda because of his disability.

11. The unlawful employment practices complained of above were and are willful, intentional, done with malice or reckless indifference to Mr. Castaneda's rights.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that this Court:

A. Grant a permanent injunction enjoining Defendant, its owners, officers, management personnel, employees, agents, successors, assigns, from engaging in any employment practices discriminating on the basis of disability;

B. Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities to qualified individuals with disabilities, and which eradicate the effect of past and present unlawful employment practices;

C. Order Defendants to make whole Mr. Castaneda by providing Mr. Castaneda with appropriate lost earnings, benefits, seniority, and

      insurance premiums, with pre-judgment interest, where relevant, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of its' unlawful employment practices, including but not limited to reinstatement of Mr. Castaneda to the position of Teacher;

D. Order Defendants to make Mr. Castaneda whole by providing compensation for pecuniary losses, including but not limited to the costs to be incurred for health and life insurance premiums and costs of seeking new employment, in amount to be determined at trial;

E. Order Defendants to reasonable attorney's fees to Plaintiff's counsel;

F. Grant such further relief as the Court deems necessary and proper; and,

G. Grant the Plaintiff his costs in this action.

Dated this: October 28, 2016

/s/ Justin G. Randolph
Justin G. Randolph
One of Plaintiff's Attorneys

Law Office of Justin G. Randolph
53 W. Jackson Boulevard, Suite 1234
Chicago, IL 60604
Phone: (312) 663-1560
Facsimile: (312) 277-7432

Complaint of Discrimination - 4

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Saul Castaneda | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2015-06999 | Eric Lamb, Investigator | (312) 869-8092 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)       Julianne Bowman, District Director      8/9/16 (Date Mailed)

cc: Kristin Lion, Assistant General Counsel
Law Department
Board Of Education of the City Of Chicago
1 N. Dearborn St., Suite 900
Chicago, IL 60602

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2015-06999 |
|---|---|---|

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Saul Castaneda | Home Phone (Incl. Area Code) | Date of Birth<br>79 |
|---|---|---|

Street Address _____ City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>CHICAGO PUBLIC SCHOOLS | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(773) 534-3100 |
|---|---|---|

Street Address: 5411 W Fullerton Ave, Chicago, IL 60639

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest 06-26-2015
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about August 19, 2013. My most recent position was Probationary Appointed Teacher. During my employment, I was diagnosed with a medical condition. Respondent was aware of my disability and failed to provide me with a reasonable accommodation. Subsequently, I was suspended and on or about June 26, 2015, I was discharged.

I believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

RECEIVED EEOC

CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Oct 16, 2015
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)